UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:07-cr-00092-1

**United States of America**

v.

**Terry Glenn Dotrey,**

### ORDER

This criminal action was referred to United States Magistrate Judge K. Nicole Mitchell pursuant to 28 U.S.C. § 636(b)(3). Judge Mitchell held a final revocation hearing on September 29, 2020, and issued a report and recommendation that the defendant's term of supervised release should be revoked. Doc. 89. Defendant waived his right to object to the report, agreed to the revocation of his supervised release, agreed to the sentence below, and waived his right to be present for sentencing. Doc. 88.

Having reviewed the magistrate judge's report, and being satisfied that it contains no clear error, the court **accepts** its findings and recommendation. The court **orders** that defendant Terry Glenn Dotrey be sentenced to a period of 12 months and 1 day of imprisonment with no supervised release to follow. The court recommends that defendant serve his sentence at FCI Texarkana, if available.

*So ordered by the court on October 15, 2020.*

J. CAMPBELL BARKER
United States District Judge